IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ANAGRAM INTERNATIONAL LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>A JOYFUL HOLIDAY, et al.,<br><br>　　　　Defendants. | Civil Action No. 1:25-cv-5167-MHC |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses without prejudice all causes of action in the Complaint against the following two Defendants, who are identified in Schedule A to the Complaint as follows:

| Defendant Seller Name | DOE No. |
|---|---|
| Jack Aijia Home | 115 |
| PartyParadise | 160 |

Each of these parties shall bear their own attorney's fees and costs. Defendants have not filed an answer or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1)(A)(i) is appropriate.

Dated: October 20, 2025				Respectfully submitted,

<p style="margin-left: 40%"><u>/s/ David M. Lilenfeld</u><br>
David M. Lilenfeld<br>
Georgia Bar No. 45299<br>
<b>WHITEWOOD LAW PLLC</b><br>
5555 Glenridge Connector, Suite 200<br>
Atlanta, GA 30342<br>
Telephone: (404) 663-3349<br>
Email: david@whitewoodlaw.com</p>

<p style="margin-left: 40%"><i>Counsel for Plaintiff</i></p>